# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**-vs-**                           **Case No.  6:09-cv-1138-Orl-31DAB**

**LAURA LUND,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion for Default Judgment (Doc. No. 10) filed October 23, 2009.

On October 27, 2009, the United States Magistrate Judge issued a report (Doc. No. 11) recommending that the motion be granted. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.      The Motion for Default Judgment is **GRANTED**.   The clerk is directed to enter judgment on behalf of the Plaintiff, United States of America, against the Defendant, Laura Lund, in the amount of $1,416.50  plus additional prejudgment interest in the amount of $5.50 and $375.00 in fees and costs from filing of the suit, for a total of $2,296.50.

3.      Following the entry of judgment, the clerk is directed to close the file

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 16th day of November, 2009.

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE